# EXHIBIT L

**U.S. Patent No. 9,505,343 v. Toyota Motor North America, Inc.**

1

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P]  A control system for a vehicle, the control system comprising: | Toyota Motor North America, Inc. ("Toyota"), via its Lexus Division, makes, uses, sells, and/or offers to sell a control system for a vehicle.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Toyota provides the Lexus Safety System+ A (LSS+ A) ("a control system"), a driver-assistance system, in various Lexus vehicles[1] ("for a vehicle"). The Lexus Safety System +A includes a Lane Change Assist (LCA) functionality that is activated by the driver, using the turn signal lever partway, and automatically controls steering and adjusts vehicle speed to perform a lane change maneuver.<br><br>During normal driving conditions, the vehicle is manually operated by the driver. Upon the driver's indication of a lane change using the turn signal lever partway, the Lexus Safety System activates the Lane Change Assist functionality and evaluates the surrounding environment using onboard sensors. If conditions are suitable, the Lexus Safety System temporarily takes control of specific vehicle operations, including steering and speed, to perform the lane change. Once the maneuver is completed, control of the vehicle is returned to the driver. |

---

[1] Toyota provides Lexus Safety System+ A and its variants across multiple Lexus vehicle models, including Lexus LS model years 2018, 2019, 2020, 2021, 2022, 2023, 2024, and 2025, as well as corresponding model variants.



**LEXUS SAFETY SYSTEM+ A**
An overview of the active safety features available on the 2018-2023 Lexus LS

a vehicle

# LEXUS SAFETY SYSTEM+ A

A COMPREHENSIVE SUITE OF
ADVANCED TECHNOLOGIES

control system

Source: https://www.lexus.com/content/dam/lexus/documents/safety/2023-LSS-A-Document-Final.pdf, page 1 (annotated)

**Lexus Safety System+ A is an available package of active safety features designed to complement the standard Lexus Safety System+ 2.5 suite.** Lexus Safety System+ A was first offered on the 2018 Lexus LS, and includes features such as Lane Change Assist. This feature allows the vehicle to perform a driver-initiated and monitored lane change using the front camera and radars when Dynamic Radar Cruise Control is in use.

Source: https://www.lexus.com/content/dam/lexus/documents/safety/2023-LSS-A-Document-Final.pdf, page 1

## LANE CHANGE ASSIST

Lane Change Assist allows the vehicle to perform a driver-triggered and monitored lane change using the front camera and radars when Dynamic Radar Cruise Control is in use. Lane Change Assist uses driver activation of the turning signal as a cue to engage, and supports lane changes by monitoring the surrounding road environment and, at the appropriate timing, controls steering as well as acceleration and deceleration.

Source: https://www.lexus.com/content/dam/lexus/documents/safety/2023-LSS-A-Document-Final.pdf, page 2

3



Source: https://www.youtube.com/watch?v=wuDc5GqA7nE, at 0:22 (annotated)



Source: https://www.youtube.com/watch?v=wuDc5GqA7nE, at 0:36 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Lexus.

| [1.1] an automatic control for controlling an | Toyota provides the control system comprising, an automatic control for controlling an operation of the vehicle.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| --- | --- |

5

| operation of the vehicle; and | For example, LSS+ A provides the Lane Change Assist functionality, which operates when both Lane Tracing Assist (LTA) and Dynamic Radar Cruise Control (DRCC) are activated. The Lane Tracing Assist detects lane markings and the vehicle's position within the lane using the vehicle's onboard sensors, while Dynamic Radar Cruise Control manages vehicle speed and following distance using radar sensors. Together, Lane Tracing Assist and Dynamic Radar Cruise Control enable Lane Change Assist to take automatic control over driving tasks, such as steering and speed, to perform the lane change maneuver ("for controlling an operation of the vehicle"). |
|---|---|

6



Source: https://www.youtube.com/watch?v=wuDc5GqA7nE, at 0:15 (annotated)

**LANE CHANGE ASSIST (LCA)**

Lane Change Assist operates only when Dynamic Radar Cruise Control (DRCC) and Lane Tracing Assist (LTA) are activated. Do not overly rely on this system. The driver must still make sure that the lane is clear. See Owner's Manual for additional limitations and details.

**LANE TRACING ASSIST (LTA)**

Lane Tracing Assist (LTA) is designed to read visible lane markers and detect other vehicles under certain conditions when DRCC is engaged. When potential lane departure is detected, LTA provides a visual warning and either an audible alert or vibration in the steering wheel and can apply a slight steering force. It is not a collision-avoidance system or a substitute for safe and attentive driving. Effectiveness is dependent on many factors including road, weather and vehicle conditions. See Owner's Manual for additional limitations and details.

**ALL-SPEED DYNAMIC RADAR CRUISE CONTROL**

All-Speed Dynamic Radar Cruise Control (DRCC) is designed to assist the driver and is not a substitute for safe and attentive driving practices. System effectiveness is dependent on many factors including road, weather and traffic conditions. See Owner's Manual for additional limitations and details.

Source: https://www.youtube.com/watch?v=wuDc5GqA7nE, at 0:46

Next-generation Lexus luxury models like the 2021 Lexus IS are equipped with an impressive array of technology that includes the brand-new Lexus Safety System+ 2.5. Dynamic Radar Cruise Control is a premium feature in that system that allows drivers to set a safe speed and following distance in traffic – which is maintained via radar and sensors employed by the intelligent cruise control system. Learn how to use Lexus Dynamic Radar Cruise Control with this quick step-by-step guide. Find and test drive a Lexus model that fits your lifestyle today at Earnhardt Lexus!

Source: https://www.earnhardtlexus.com/blogs/4363/how-to-use-lexus-dynamic-radar-cruise-control

8



Source: https://www.youtube.com/watch?v=wuDc5GqA7nE, at 0:36 (annotated)

9



Source: https://www.youtube.com/watch?v=wuDc5GqA7nE, at 0:11 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Lexus.

| | |
|---|---|
| [1.2] a lever having a first end, a second end, and a body extending between the first end and | Toyota provides the control system comprising, a lever having a first end, a second end, and a body extending between the first end and the second end, wherein the lever is selectively operable to turn the automatic control from an off state to an on state, wherein the lever comprises a turn signal lever.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

10

| | |
|---|---|
| the second end, wherein the lever is selectively operable to turn the automatic control from an off state to an on state, wherein the lever comprises a turn signal lever; | For example, Lexus LS models equipped with the LSS+ A include a physical turn signal lever located on the steering column. The turn signal lever has two ends, with one end ("first end") fixed to the steering column and the opposite end ("second end") forming a grip portion, and a lever body extending between the fixed end and the grip end ("a body extending between the first end and the second end"). The lever is mounted on a pivoting base that allows upward and downward movement, enabling the driver to push and hold the lever partway in either the right or left direction to indicate an intended lane change ("the lever comprises a turn signal lever").<br><br>During normal driving, the Lane Change Assist functionality remains inactive, and the driver retains full control of the vehicle. When the driver intentionally actuates the turn signal lever partway to indicate a right or left direction while Lane Change Assist is available, the Lexus Safety System interprets this input as a request to initiate a lane change. Upon determining that road and traffic conditions are suitable, the Lexus Safety System automatically performs the lane change maneuver by controlling steering and vehicle speed without requiring the driver's manual steering or speed input. Accordingly, operating the turn signal lever partway causes the Lane Change Assist functionality to transition from an off state to an on state ("the lever is selectively operable to turn the automatic control from an off state to an on state"). |

11

The turn signal lever can be used to show the following intention of the driver:



second end

a body extending between the first end and second end

first end

1. Right turn.

2. Left turn.

3. Lane change to the right (push and hold the lever partway).

The right hand signals will flash until you release the lever.

4. Lane change to the left (push and hold the lever partway).

The left hand signals will flash until you release the lever.

Source: https://www.lexomans.com/manguide-635.html (annotated)

12



Source: https://www.youtube.com/watch?v=wuDc5GqA7nE, at 0:22 (annotated)

13

<table>
<tr><td></td><td>

**LANE CHANGE ASSIST**

Lane Change Assist allows the vehicle to perform a driver-triggered and monitored lane change using the front camera and radars when Dynamic Radar Cruise Control is in use. Lane Change Assist uses driver activation of the turning signal as a cue to engage, and supports lane changes by monitoring the surrounding road environment and, at the appropriate timing, controls steering as well as acceleration and deceleration.

Source: https://www.lexus.com/content/dam/lexus/documents/safety/2023-LSS-A-Document-Final.pdf, page 2 (annotated)

the driver activates the Lane Change Assist functionality using turn signal lever

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Lexus.

</td></tr>
<tr><td>

[1.3] wherein when the automatic control is in the off state, manual control is required for the operation of the vehicle; and wherein when the automatic control is in the on state, the automatic control is configured to control the operation of the vehicle on

</td><td>

Toyota provides the control system comprising, a lever selectively operable to turn the automatic control from an off state to an on state, wherein when the automatic control is in the off state, manual control is required for the operation of the vehicle and wherein when the automatic control is in the on state, the automatic control is configured to control the operation of the vehicle on behalf of a driver of the vehicle.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, during normal driving, when the Lane Change Assist functionality is not activated ("when the automatic control is in the off state"), the vehicle operates under the driver's control. In this condition, the driver performs all driving actions, including steering, acceleration, braking, and manually operating the turn signal indicator upwards to indicate right or downwards to indicate left direction when performing lane changes ("manual control is required for the operation of the vehicle").

When the driver intends to use the Lane Change Assist functionality ("when the automatic control is in the on state"), the driver first activates Dynamic Radar Cruise Control (DRCC) and Lane Tracing Assist (LTA), which makes the Lane Change Assist functionality available. The driver then indicates the desired lane change direction by pushing and holding the turn signal lever partway in either the right or left direction to activate the Lane Change Assist functionality. The Lexus Safety System then evaluates surrounding traffic and road conditions using the vehicle's onboard sensors. If the conditions are suitable, the Lexus Safety System temporarily takes over the driving tasks required for the lane change, including steering and vehicle speed control. During the maneuver, Lexus Safety System automatically controls steering and adjusts vehicle speed to move the vehicle into the adjacent lane ("automatic control is configured to control the

</td></tr>
</table>

14

| behalf of a driver of the vehicle. | operation of the vehicle on behalf of a driver of the vehicle"). After the lane change is completed, the automated control ends, and driving control returns to the driver. |
|---|---|

The turn signal lever can be used to show the following intention of the driver:



manually operating the turn signal lever upwards to indicate right or downwards to indicate left direction when performing lane changes ("when the automatic control is in the off state")

1. Right turn.

2. Left turn.

3. Lane change to the right (push and hold the lever partway).

The right hand signals will flash until you release the lever.

4. Lane change to the left (push and hold the lever partway).

The left hand signals will flash until you release the lever.

15

Source: https://www.lexomans.com/manguide-635.html (annotated)

## LANE CHANGE ASSIST

Lane Change Assist allows the vehicle to perform a driver-triggered and monitored lane change using the front camera and radars when Dynamic Radar Cruise Control is in use. Lane Change Assist uses driver activation of the turning signal as a cue to engage, and supports lane changes by monitoring the surrounding road environment and, at the appropriate timing, controls steering as well as acceleration and deceleration.

Source: https://www.lexus.com/content/dam/lexus/documents/safety/2023-LSS-A-Document-Final.pdf, page 2

16



Source: https://www.youtube.com/watch?v=wuDc5GqA7nE, at 0:22 (annotated)

17



Source: https://www.youtube.com/watch?v=wuDc5GqA7nE, at 0:36 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Lexus.

18

## 2. List of References

1. https://www.youtube.com/watch?v=wuDc5GqA7nE, last accessed on 4th February 2026.
2. https://www.youtube.com/shorts/Rug0Tv5Su8M, last accessed on 4th February 2026.
3. https://www.lexus.com/content/dam/lexus/documents/safety/2023-LSS-A-Document-Final.pdf, last accessed on 4th February 2026.
4. https://www.lexomans.com/manguide-635.html, last accessed on 4th February 2026.
5. https://www.earnhardtlexus.com/blogs/4363/how-to-use-lexus-dynamic-radar-cruise-control, last accessed on 4th February 2026.