# EXHIBIT M

**U.S. Patent No. 10,046,696 v. Toyota Motor North America, Inc.**

1

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P]    An apparatus for use in a car, comprising: | Toyota Motor North America, Inc. ("Toyota"), via its Lexus Division, makes, uses, sells, and/or offers to sell an apparatus for use in a car.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Toyota provides Teammate, a driver assistance technology classified as an SAE Level 2 system (which includes the "Advanced Drive" functionality) in various Lexus vehicles[1]. Advanced Drive operates as a vehicle control system and interfaces with the vehicle's signaling system, including turn signal lights, to enable lane-change assistance.<br><br>When activated, Advanced Drive performs various driving tasks, including automatic steering, acceleration, and braking, maintaining a preset distance from surrounding vehicles, executing lane changes, merging, passing, and overtaking maneuvers. During a lane change maneuver, Advanced Drive evaluates surrounding traffic and lane conditions using vehicle sensors and cameras and, upon determining that the conditions are suitable, sends control signals to the vehicle's signaling system to activate the turn signal light in coordination with execution of the lane change. Therefore, Advanced Drive functionality, operating in coordination with the vehicle's signaling system, vehicle sensors, and cameras, functions as an integrated apparatus that controls vehicle signaling ("for use in a car") in coordination with driving operations. |

[1] Toyota provides Advanced Drive functionality to various Lexus vehicle models including but not limited to 2022 LS500h with AWD, 2023 LS500, 2023 LS500 F SPORT, 2023 LS500 AWD, 2023 LS500 F SPORT AWD, 2025 LS 500, 2025 LS 500h AWD, and LS 500 F SPORT.

- Teammate advanced driver assistance technology is an SAE Level 2 system, based on Toyota's Mobility Teammate Concept, that provides two functions: Advanced Drive and Advanced Park.

  an apparatus

- It will be available on select 2022 Lexus LS 500h models with AWD.

  for use in a car

- Teammate's Advanced Drive function was designed to partner with and assist the driver to promote safety and convenience while driving on the highway.

- When activated, Advanced Drive enables automatic steering, acceleration and braking on the highway under active supervision of the driver. It can also perform more complicated driving tasks, including maintaining a set distance between other vehicles, changing lanes, merging and passing or "overtaking" other vehicles.

- Advanced Drive integrates with the vehicle's state-of-the-art navigation and localization system ("HD-Map"). It can plan actions for approximately 6 miles ahead to help reach the destination.

- Advanced Drive can benefit the driver by reducing fatigue over long periods of driving.

Source: https://pressroom.lexus.com/teammate-advanced-drive-backgrounder/ (annotated)

3

| | |
|---|---|
| Head-Up Display (HUD) | Teammate's Advanced Drive function is the only hands-free Level 2 system to ensure the driver remains focused on the roadway ahead thanks to a large Head-Up Display located within the windshield that shows surrounding vehicles, the shape of the road, the vehicle's trajectory and future driving plans. |
| People-Centric Driving Assist | The system uses the available lane width to assist in maintaining adequate spacing on both sides of the vehicle when passing or driving next to another vehicle. It will also preemptively slow down when approaching a merging vehicle to maintain appropriate distance from other vehicles. When the driver or system decides to change lanes, the vehicle prompts the driver to take hold of the steering wheel and will work with the driver to both confirm the appropriate lane and initiate the lane change.<br><br>Using a driver monitoring camera, Advanced Drive will also track the driver's line of vision and posture, as well as whether the driver's eyes are open, and issue a warning if it determines that the driver is looking away for the roadway ahead or has their eyes closed. |

Source: https://pressroom.lexus.com/teammate-advanced-drive-backgrounder/

## CORE TECHNICAL FEATURES:

Perceptive: The system has sensors covering the 360-degree periphery of the vehicle, including driver monitoring cameras, LiDAR (front-facing only), front-facing long-range radar, front- and rear-side short-range radar, surrounding parking cameras, a front-facing telescope and locator cameras.

Source: https://pressroom.lexus.com/teammate-advanced-drive-backgrounder/

4



Source: https://www.youtube.com/watch?v=wuDc5GqA7nE, at 0:27 (annotated)



vehicle's signaling system activating the turn signal light in coordination with execution of the lane change

Source: https://www.youtube.com/watch?v=5g4gp-RB48c, at 5:58 (annotated)

6



automatically engaging the turn signal and navigating the lane change

Source: https://www.youtube.com/watch?v=5g4gp-RB48c, at 6:00

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Lexus.

| | |
|---|---|
| [1.1] an input configured to receive data from a sensor | Toyota provides an apparatus for use in a car, comprising an input configured to receive data from a sensor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

7

For example, the Advanced Drive system comprises four electronic control units (ECUs) that receive information ("input configured to receive data") regarding vehicle's periphery, traffic conditions, lane conditions, surrounding vehicles, shape of the road, and vehicle's trajectory from multiple sensors, including driver-monitoring cameras, LiDAR, front-facing long-range radar, rear-side short-range radar, parking cameras, front-facing telescope, and locator cameras. Additionally, the Advanced Drive comprises a navigation system integrated with a high-definition (HD) map that provides topological and geometric lane data for lane identification and to support Automatic Lane-Change functionality.

## CORE TECHNICAL FEATURES:

Perceptive: The system has sensors covering the 360-degree periphery of the vehicle, including driver monitoring cameras, LiDAR (front-facing only), front-facing long-range radar, front- and rear-side short-range radar, surrounding parking cameras, a front-facing telescope and locator cameras.

data from a sensor

Intelligent: The system has onboard deep learning functions that allow for high adaptability to various driving scenarios, with onboard processing driven by four main electronic control units ("ECUs") that handle recognition, judgement and operation.

Interactive: The vehicle's human-machine interface enables two-way communication between the driver and vehicle that is easy to understand.

Reliable: Teammate Advanced Drive was designed with multiple back-up systems, including power, sensing and processing, actuator and communication to put safety at the core of the driving experience.

Source: https://pressroom.lexus.com/teammate-advanced-drive-backgrounder/ (annotated)

| HD-map Integration | The system integrates the navigation system with an HD-map that adds topological and geometric data to make driving decisions to reach a specific point of interest, including identifying correct lanes in which to be at junctions and automatically making lane changes, after asking the driver to confirm vehicle blind spots. |
|---|---|
| Emergency Driving Stop System (EDSS) | Using a driver monitor camera that can detect where the driver is looking, their posture and whether or not their eyes are closed, the EDSS system guides the vehicle to the highway shoulder if it detects that the human driver is incapacitated or otherwise unable to drive the vehicle manually. Through a series of steps, including deceleration, deployment of hazard signals, attempted communications with the driver and identification of a safe place to stop, the vehicle can safely pull the vehicle over to the shoulder. If the vehicle cannot be pulled over to the shoulder, it will stop in its travel lane. |
| Head-Up Display (HUD) | Teammate's Advanced Drive function is the only hands-free Level 2 system to ensure the driver remains focused on the roadway ahead thanks to a large Head-Up Display located within the windshield that shows surrounding vehicles, the shape of the road, the vehicle's trajectory and future driving plans. |
| People-Centric Driving Assist | The system uses the available lane width to assist in maintaining adequate spacing on both sides of the vehicle when passing or driving next to another vehicle. It will also preemptively slow down when approaching a merging vehicle to maintain appropriate distance from other vehicles. When the driver or system decides to change lanes, the vehicle prompts the driver to take hold of the steering wheel and will work with the driver to both confirm the appropriate lane and initiate the lane change.<br><br>Using a driver monitoring camera, Advanced Drive will also track the driver's line of vision and posture, as well as whether the driver's eyes are open, and issue a warning if it determines that the driver is looking away for the roadway ahead or has their eyes closed. |

data

Source: https://pressroom.lexus.com/teammate-advanced-drive-backgrounder/ (annotated)

9

The Advanced Drive mainly records certain data, such as the following.

▶ Recorded for several seconds at certain times after the hybrid system is started[*]

● Operation status of the system

● Sensor detection information

● Images from the cameras

● Location information

[*]: While driving, data is recorded for several seconds to approximately 1 minute before and after certain collision or collision-like situations.

▶ Constantly recorded while driving

● Distance driven

● Vehicle speed

● Accelerator status

———data from a sensor

Lexus uses the Data Communication Module (DCM) to obtain recorded data. Also, data can be obtained when your vehicle is brought to a Lexus dealer.

Collected data is used for research and development of autonomous driving, advanced safety systems, and map creation technology. Also, this data may be used for collision analysis or resolution, malfunction diagnosis, or to provide customer support.

Source: https://manuals.plus/wp-content/uploads/2022/05/OM50U0301.pdf#zoom=auto&pagemode=none&_wpnonce=5484f39016, page 8 (annotated)

10

## Sensors used by Advanced Drive

Advanced Drive uses various sensors to obtain necessary information.

### ■ Surrounding conditions

▶ Front



**A** Advanced Drive camera

**B** Front camera

For details, refer to "Lexus Safety System + A" in the "OWNER'S MANUAL".

**C** Front LiDAR sensor

**D** Front radar sensor

For details, refer to "Lexus Safety System + A" in the "OWNER'S MANUAL".

**E** Front side radar sensors

For details, refer to "Lexus Safety System + A" in the "OWNER'S MANUAL".

**F** Side LiDAR sensor

Source: https://manuals.plus/wp-content/uploads/2022/05/OM50U0301.pdf#zoom=auto&pagemode=none&_wpnonce=5484f39016 , page 14

11

|  | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Lexus. |
|---|---|
| [1.2] a processor configured to perform a statistical analysis using the data to determine a control parameter for controlling a function of the car; and | Toyota provides an apparatus for use in a car, comprising a processor configured to perform a statistical analysis using the data to determine a control parameter for controlling a function of the car. |
|  | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
|  | For example, Advanced Drive comprises four electronic control units (ECUs) ("processor") that execute deep learning algorithms ("perform a statistical analysis") to perform various driving operations. These ECUs receive information regarding the vehicle's periphery, traffic conditions, lane conditions, surrounding vehicles, shape of the road, and vehicle's trajectory from multiple sensors, and topological and geometric lane data from the navigation system integrated with a high-definition (HD) map for lane identification and Automatic Lane Change functionality. |
|  | Based on the received information ("using the data"), Advanced Drive evaluates surrounding traffic and lane conditions to determine suitability for a lane change maneuver, such as in the instance of passing a slower-moving vehicle. When the conditions are appropriate, the Advanced Drive outputs a Lane Change Assist notification to the vehicle's multifunction display to inform the driver of the intended maneuver and to request driver confirmation. Upon receiving the driver confirmation via steering-wheel control buttons, Advanced Drive automatically activates the appropriate turn signal light and executes the lane change maneuver ("controlling a function of the car") by controlling the steering wheel ("a control parameter") in the direction of the lane change. |

## CORE TECHNICAL FEATURES:

Perceptive: The system has sensors covering the 360-degree periphery of the vehicle, including driver monitoring cameras, LiDAR (front-facing only), front-facing long-range radar, front- and rear-side short-range radar, surrounding parking cameras, a front-facing telescope and locator cameras.

the data

Intelligent: The system has onboard deep learning functions that allow for high adaptability to various driving scenarios, with onboard processing driven by four main electronic control units ("ECUs") that handle recognition, judgement and operation.

a processor configured to perform a statistical analysis

Interactive: The vehicle's human-machine interface enables two-way communication between the driver and vehicle that is easy to understand.

Reliable: Teammate Advanced Drive was designed with multiple back-up systems, including power, sensing and processing, actuator and communication to put safety at the core of the driving experience.

Source: https://pressroom.lexus.com/teammate-advanced-drive-backgrounder/ (annotated)

13

| | |
|---|---|
| HD-map Integration | The system integrates the navigation system with an HD-map that adds topological and geometric data to make driving decisions to reach a specific point of interest, including identifying correct lanes in which to be at junctions and automatically making lane changes, after asking the driver to confirm vehicle blind spots. |
| Emergency Driving Stop System (EDSS) | Using a driver monitor camera that can detect where the driver is looking, their posture and whether or not their eyes are closed, the EDSS system guides the vehicle to the highway shoulder if it detects that the human driver is incapacitated or otherwise unable to drive the vehicle manually. Through a series of steps, including deceleration, deployment of hazard signals, attempted communications with the driver and identification of a safe place to stop, the vehicle can safely pull the vehicle over to the shoulder. If the vehicle cannot be pulled over to the shoulder, it will stop in its travel lane. |
| Head-Up Display (HUD) | Teammate's Advanced Drive function is the only hands-free Level 2 system to ensure the driver remains focused on the roadway ahead thanks to a large Head-Up Display located within the windshield that shows surrounding vehicles, the shape of the road, the vehicle's trajectory and future driving plans. |
| People-Centric Driving Assist | The system uses the available lane width to assist in maintaining adequate spacing on both sides of the vehicle when passing or driving next to another vehicle. It will also preemptively slow down when approaching a merging vehicle to maintain appropriate distance from other vehicles. When the driver or system decides to change lanes, the vehicle prompts the driver to take hold of the steering wheel and will work with the driver to both confirm the appropriate lane and initiate the lane change.<br><br>Using a driver monitoring camera, Advanced Drive will also track the driver's line of vision and posture, as well as whether the driver's eyes are open, and issue a warning if it determines that the driver is looking away for the roadway ahead or has their eyes closed. |

the data

Source: https://pressroom.lexus.com/teammate-advanced-drive-backgrounder/ (annotated)



Source: https://www.youtube.com/watch?v=wuDc5GqA7nE, at 0:27

14



Source: https://www.youtube.com/watch?v=5g4gp-RB48c, at 5:17



Source: https://www.youtube.com/watch?v=5g4gp-RB48c, at 5:40 (annotated)

16


driver confirming the lane change

Source: https://www.youtube.com/watch?v=5g4gp-RB48c, at 5:46 (annotated)



after driver's confirmation, the Advanced Drive initiates a lane change

Source: https://www.youtube.com/watch?v=5g4gp-RB48c, at 5:54 (annotated)

18



Source: https://www.youtube.com/watch?v=5g4gp-RB48c, at 5:58



controlling a
function of the car

Source: https://www.youtube.com/watch?v=5g4gp-RB48c, at 6:00 (annotated)

control parameter

- When activated, Advanced Drive enables automatic steering, acceleration and braking on the highway under active supervision of the driver. It can also perform more complicated driving tasks, including maintaining a set distance between other vehicles, changing lanes, merging and passing or "overtaking" other vehicles.

controlling a
function of the car

Source: https://pressroom.lexus.com/teammate-advanced-drive-backgrounder/ (annotated)

20

|  |  |
|---|---|
|  | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Lexus. |
| [1.3] an output for providing the control parameter for controlling the function of the car; | Toyota provides an apparatus for use in a car comprising an output for providing the control parameter for controlling the function of the car.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the vehicle's sensors detect a slow-moving vehicle ahead, Advanced Drive assesses traffic and lane conditions to determine whether a lane change is appropriate. When suitable, it notifies the driver and performs the lane change maneuver ("controlling the function of the car") by initiating a turn signal and maneuvering the steering wheel of the vehicle ("an output for providing the control parameter") in the direction of the intended lane. |

21



automatically engaging the turn signal and navigating the lane change

controlling the function of the car

Source: https://www.youtube.com/watch?v=5g4gp-RB48c, at 6:00 (annotated)

an output for providing the control parameter

- When activated, Advanced Drive enables automatic steering, acceleration and braking on the highway under active supervision of the driver. It can also perform more complicated driving tasks, including maintaining a set distance between other vehicles, changing lanes, merging and passing or "overtaking" other vehicles.

controlling the function of the car

Source: https://pressroom.lexus.com/teammate-advanced-drive-backgrounder/(annotated)

22

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Lexus.. |
|---|---|
| [1.4] wherein the processor has machine learning capability | Toyota provides a processor configured to perform a statistical analysis using the data to determine a control parameter for controlling a function of the car wherein the processor has machine learning capability.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the electronic control units (ECUs) ("processor") utilize deep learning algorithms ("machine learning capability") to perform various driving operations.<br><br>processor has machine learning capability<br><br>Intelligent: The system has onboard deep learning functions that allow for high adaptability to various driving scenarios, with onboard processing driven by four main electronic control units ("ECUs") that handle recognition, judgement and operation.<br><br>Source: https://pressroom.lexus.com/teammate-advanced-drive-backgrounder/ (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Lexus. |

23

## 2. List of References

1. https://pressroom.lexus.com/teammate-advanced-drive-backgrounder/, last accessed on 3rd February 2026.
2. https://www.youtube.com/watch?v=5g4gp-RB48c, last accessed on 3rd February 2026.
3. https://www.youtube.com/watch?v=wuDc5GqA7nE, last accessed on 3rd February 2026.
4. https://manuals.plus/wp-content/uploads/2022/05/OM50U0301.pdf#zoom=auto&pagemode=none&_wpnonce=5484f39016, last accessed on 3rd February 2026.